

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| MARY LOU ORTIZ, JOANNE ORTIZ, | | No. 08-17-00042-CV |
| AND JESUS ORTIZ, | § | |
| | | Appeal from |
| Appellants, | § | |
| | | 384th District Court |
| v. | § | |
| | | of El Paso County, Texas |
| ST. TERESA NURSING AND | § | |
| REHABILITATION CENTER, LLC, | | (TC # 2015DCV0662) |
| | § | |
| Appellee. | | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment.  We therefore affirm the judgment of the court below.  We further order that Appellee recover from Appellants and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue.  This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF MAY, 2019.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.